540-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



**JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

COSCO BULK CARRIER CO. LTD. (TIANJIN),

                    Plaintiff,

      -against -

BELARUSSIAN SHIPPING CO.,

                    Defendant.
-----------------------------------------------------------------x

**07 CIV 9498**

**RULE 7.1 STATEMENT**

      The Plaintiff, COSCO BULK CARRIER CO. LTD. (TIANJIN), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held companies own 10% or more of its stock.

Dated: New York, New York
       October 24, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff COSCO BULK
                              CARRIER CO. LTD. (TIANJIN)

By:    _____
            Michael E. Unger (MU 0045)
            80 Pine Street
            New York, NY 10005
            Telephone: (212) 425-1900
            Facsimile: (212) 425-1901

NYDOCS1/290597.1